705 A.2d 1215

IN THE MATTER OF ROBERT B. CLARK,
AN ATTORNEY AT LAW.

March 4, 1998.

## ORDER

The Disciplinary Review Board on October 8, 1997, having filed with the Court its decision concluding that **ROBERT B. CLARK** of **EAST ORANGE**, who was admitted to the bar of this State in 1979, and who was temporarily suspended from practice on October 2, 1995, for failure to pay a fee arbitration award, and who remains suspended at this time, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4(a) (failure to communicate), *RPC* 1.16(d) (failure to return fee and

file), and *RPC* 8.1(d) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **ROBERT B. CLARK** is hereby suspended from the practice of law for a period of three months, effective immediately, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that no application for restoration to practice be filed until respondent satisfies the fee arbitration award in VB–89–21F *Swangin v. Clark;* and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.